**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CARD VERIFICATION SOLUTIONS, LLC,**<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>**BMO FINANCIAL CORPORATION,**<br><br>　　　　　　　　　　　Defendant. | **Case No. 1:13-CV-06337**<br><br>**PATENT CASE** |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST BMO
FINANCIAL CORPORATION**

Plaintiff Card Verification Solutions, LLC and Defendant BMO Financial Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

**SO STIPULATED on June 19, 2014**

| | |
|---|---|
| By: /s/ Joseph P. Oldaker<br>Timothy E. Grochocinski<br>Joseph P. Oldaker<br>INNOVALAW, P.C.<br>1900 Ravinia Place<br>Orland Park, Illinois 60462<br>P. 708.675.1975<br>F. 708.675.1786<br>teg@innovalaw.com<br>joldaker@innovalaw.com<br><br>**COUNSEL FOR PLAINTIFF
CARD VERIFICATION
SOLUTIONS, LLC** | By: /s/ Benjamin J. Bradford<br>Benjamin J. Bradford<br>Reginald Juvann Hill<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>(312) 222-9350<br>bbradford@jenner.com<br>rhill@jenner.com<br><br>**COUNSEL FOR DEFENDANT BMO
FINANCIAL CORPORATION** |

## **CERTIFICATE OF SERVICE**

The undersigned attorney, upon oath, hereby certifies that a copy of the foregoing **JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST BMO FINANCIAL CORPORATION** was served upon the named parties with the Clerk of the Court using CM/ECF which will automatically send e-mail notification of such filing to all attorneys of record in this action on the 19th day of June, 2014.

/s/ Joseph P. Oldaker
Joseph P. Oldaker